UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FULL NAME<br><br>Petitioner(s),<br><br>JULIAN TABALUJAN<br><br>v.<br><br>NAME OF WARDEN<br><br>WARDEN, Adelanto ICE Processing Center, et al.<br><br>Respondent(s). | CASE NUMBER:<br><br>(leave blank – supplied by Clerk of Court) |

**PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN IMMIGRATION CUSTODY (28 U.S.C. § 2241)**

**PERSONAL INFORMATION**

1. (a) Your full name: Julian Tabalujan

   (b) Named used by immigration court if different than above: ____________________

2. A-Number: 096-362-428

3. Place of Detention: Adelanto ICE Processing Center, Adelanto, CA

## CURRENT DETENTION AND IMMIGRATION PROCEEDINGS

4. Date you were taken into present immigration custody or other official restraint:

   October 2, 2026

5. Describe how and where you were taken into immigration custody:

   Arrested by ICE officers at Ontario International Airport, San Bernardino County, California, on October 2, 2026, as he deplaned from a flight returning from a work assignment; the officers said they had a warrant but did not produce it. Taken to a processing facility in San Bernardino and then to the Adelanto ICE Processing Center. See attached Petition, Statement of Facts, Part B.

6. What country or countries does the Government allege you are a citizen of?

   Indonesia

7. Do you have an order of removal?

   ● Yes  No

8. If yes, on what date was the removal order issued? September 27, 2004

9. Which countries does the removal order designate for removal? Not stated; see Pet. ¶¶ 20-21

10. Is the Government trying to remove you to a country or countries other than the countries designated in an order of removal?

    ☐ Yes ☐ No

11. If so, what country or countries? Unknown; no other country disclosed to Petitioner or counsel.

12. If you have an order of removal, provide the type of order:

    ☑ Removal order issued by an Immigration Judge (IJ)

    ☐ Expedited removal order

☐ Reinstated removal order

☐ Other: ____________________

13. If an IJ issued the order of removal, did you waive an appeal to the Board of Immigration Appeals (BIA)?

● Yes ○ No

14. If you appealed to the BIA, has the BIA dismissed your appeal?

☐ Yes ☐ No

15. If yes, on what date did the BIA dismiss your appeal?______________________________________

16. If the BIA dismissed your appeal, did you file a petition for review with the Ninth Circuit Court of Appeals?

☐ Yes ☐ No

17. If your case is pending at the Ninth Circuit, do you have a stay of removal?

☐ Yes ☐ No

18. Do you have a pending immigration case in which you are contesting the Government's removal charges or seeking relief from removal?

○ Yes ● No

19. If yes, where is your case currently pending?

☐ Immigration Court

☐ BIA

☐ Ninth Circuit Court of Appeals. Provide Case Number: ______________________________

☐ Other ________________________________________________________________________

20. Has an IJ granted any applications for relief from removal?

● Yes ☐ No

21. If yes, on what date did the IJ grant the relief? September 27, 2004

22. What type of relief from removal?

Withholding of removal under INA § 241(b)(3), 8 U.S.C. § 1231(b)(3).

23. Have you had a bond hearing in immigration court?

☐ Yes ● No

24. If you answered "yes" to Question 23, then provide:

(a) Date of bond hearing: ______________________________

(b) The IJ found that:

☐ I am not eligible for a bond hearing.

☐ I cannot be released because I am a danger or flight risk.

☐ I should be released on the following conditions:

☐ Other: ______________________________

25. If you were denied release at a bond hearing, did you appeal to the BIA?

☐ Yes ☐ No

26. If you answered "yes" to Question 25, then provide:

(a) Date of Appeal to BIA: ______________________________

(b) Outcome of Appeal

☐ Affirmed IJ bond decision

☐ Reversed IJ bond decision

☐ I am waiting for BIA bond decision

☐ Other: ____________________________________________

27. If you answered “no” to Question 25, state if you plan to appeal to the BIA or, if not, explain why you do not plan to appeal to the BIA:

Not applicable; no bond hearing has been held.

## PREVIOUS DETENTION

28. Prior to your current detention, have you ever been detained and later released from immigration custody?

☐ Yes ☐ No

29. If you answered “yes” to Question 29, please describe all the periods in which you have previously been in immigration custody.

Unknown; DHS release records presently unavailable to counsel.

30. Were you subject to any conditions upon your previous release(s)?

☐ Yes ☐ No

31. If you answered “yes” to uestion 31, please describe any conditions of your previous release(s):

☐ Order of Supervision

☐ Order of Release on Recognizance

☐ Parole

☑ Other: Unknown; DHS release records presently unavailable to counsel.

## GROUNDS FOR YOUR PETITION

32. State every ground (reason) that supports your claim that you are being held or restrained unlawfully. State the facts supporting each ground. You may attach additional pages if necessary to provide legal arguments and supporting authority. You may also attach any documents relevant to your claims.

**GROUND ONE**:

Fifth Amendment due process: detention after twenty-two years at liberty following a grant of withholding of removal, without notice, reasons, or a hearing.

Supporting facts:

See attached Petition, Statement of Facts and Counts One and Two; Exs. A-E.

**GROUND TWO**:

Removal to the country protected by the September 27, 2004 grant of withholding of removal (on the present record, Indonesia) is barred while the grant remains in effect (8 U.S.C. § 1231(b)(3)(A)).

Supporting facts:

See attached Petition, Count Three; Exs. A, B.

**GROUND THREE**:

Any removal to a third country requires written notice and a meaningful opportunity to seek protection as to that country.

Supporting facts:

See attached Petition, Count Four.

## REQUEST FOR RELIEF

33. State exactly what you want the court to do:

Immediate release; a declaration that the 2004 grant of withholding remains in effect and an order barring removal to Indonesia while it stands; an order that any removal to another country be preceded by written notice and a meaningful opportunity to seek protection; and the further relief stated in the attached Petition, Prayer for Relief.

## DECLARATION UNDER PENALTY OF PERJURY

If you are in custody, on what date did you place this petition in the mail system: ___________

I declare under penalty of perjury that I am the Petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: October 4, 2026

___________________________________

*Signature of Petitioner*

/s/ Deron Edward Smallcomb

*Signature of Attorney or other authorized person, if any*