JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

JULIAN TABALUJAN,

Petitioner,

v.

WARDEN, ETC., ET AL.,

Respondents.

No. ED CV 26-5860-E

JUDGMENT

IT IS ADJUDGED that the Petition is granted in part and: (1) Respondents are ordered to release Petitioner (A# 096-362-428) from detention immediately, subject to reasonable conditions; (2) it is declared that Petitioner's detention violated Petitioner's due process rights; (3) Respondents are enjoined from any further detention of Petitioner absent at least seven (7) days notice and a pre-deprivation bond hearing before a neutral decisionmaker at which the Government bears the burden of proving, by clear and convincing evidence, that Petitioner is an unacceptable danger to the community or an unacceptable flight risk; and Respondents

///

///

///

///

are enjoined from removing Petitioner to a third country without reasonable notice and an opportunity to be heard before an immigration judge.

DATED: October 14, 2026

CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE